IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020-mg |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |
| ROWENA DRENNEN, FLORA GASKIN, ROGER TURNER, CHRISTIE TURNER, JOHN PICARD AND REBECCA PICARD, individually and as the representatives of the *KESSLER* SETTLEMENT CLASS, | Adv. Case No. 15-01025-dsj |
| STEVEN AND RUTH MITCHELL, individually and as the representatives of the *MITCHELL* SETTLEMENT CLASS, | |
| and | |
| RESCAP LIQUIDATING TRUST, | |
| Plaintiffs, | |
| vs. | |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.* | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF JEFFREY M. ANAPOLSKY**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30, made applicable here pursuant to Federal Rules of Bankruptcy Procedure 7030 and 9014, the Kessler Class, the Mitchell Class and the ResCap Liquidating Trust, (collectively "Plaintiffs") by and through their attorneys, will take the deposition of Jeffrey M. Anapolsky, on October 13, 2021 commencing at 9:00 a.m. CST by remote audio-video conference before a duly qualified reporter and notary public or other officer authorized by law to administer oaths and conduct depositions.

PLEASE TAKE FURTHER NOTICE that

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness;

3. Counsel for the parties and their clients will be participating from various, separate locations;

4. The court reporter will administer the oath to the witness remotely;

5. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

6. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

7. All exhibits will be provided simultaneously and electronically to the witness and all participants;

8. The court reporter will record the testimony;

9. An audio-visual record of the deposition will be recorded electronically; and

10. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony, including the audio-visual record thereof, based on this manner of deposition.

Dated:  October 8, 2021

By: */s/ R. Frederick Walters*
**WALTERS RENWICK RICHARDS SKEENS & VAUGHAN, P.C.**
R. Frederick Walters, Esq.
Karen W. Renwick, Esq.
David M. Skeens, Esq.
Michael B. Sichter, Esq.
1100 Main, Suite 2500
Kansas City, Missouri 64105
(816) 421-6620 (Telephone)
(816) 421-4747 (Facsimile)
fwalters@wrrsvlaw.com
krenwick@wrrsvlaw.com
dskeens@wrrsvlaw.com
msichter@wrrsvlaw.com
*Counsel for the Kessler Class*
*Counsel for the Mitchell Class*

By: */s/ Vivek Chopra*
**PERKINS COIE, LLP**
Selena J. Linde, Esq.
Vivek Chopra, Esq.
Karin S. Aldama, Esq.
Alexis Danneman, Esq.
700 13th St. NW, Suite 600
Washington, DC 20005
Telephone (202) 654-6200
Facsimile (202) 654-9952
SLinde@perkinscoie.com
VChopra@perkinscoie.com
KAldama@perkinscoie.com
ADanneman@perkinscoie.com
*Counsel for the ResCap Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I caused a true and correct copy of the foregoing document to be served via email upon all counsel of record registered with the Court's ECF system.

By: */s/ R. Frederick Walters*
**WALTERS RENWICK RICHARDS SKEENS & VAUGHAN, P.C.**