UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROWENA DRENNEN *et al.*,
                Plaintiffs,

-v-

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*,
                Defendants.

23-CV-3385 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

For reasons stated during the May 12, 2023 telephone conference, Plaintiffs' motion to withdraw the bankruptcy reference (ECF No. 1) is GRANTED because the Bankruptcy Court has finished its work and completed a Report and Recommendation. *See* 28 U.S.C. § 157(d); FED. R. BANKR. P. 5011(a).

The parties are directed to file any objections to the Report and Recommendation with this Court on ECF, including refiling objections already filed with the Bankruptcy Court.

As previously ordered by the Bankruptcy Court, any objections to the Report and Recommendation shall be filed by May 22, 2023, and any opposition thereto shall be filed by July 3, 2023. The Court will hold a remote scheduling conference on July 11, 2023, at 3:00 PM New York time.

The Clerk of the Court is respectfully directed to close ECF Number 1.

SO ORDERED.

Dated: May 12, 2023
       New York, New York

J. PAUL OETKEN
United States District Judge